UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GIORGI BULEISHVILI, | : | |
| Petitioner | : | CIVIL ACTION NO. 1:20-1694 |
| v. | : | (JUDGE MANNION) |
| AMANDA HOOVER, et al., | : | |
| Respondent | : | |

**O R D E R**

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Respondent's objections to the report and recommendation of Judge Schwab **(Doc. 18)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Schwab **(Doc. 17)** is **ADOPTED IN ITS ENTIRETY**.

**(3)** The petition for writ of habeas corpus filed in the above-captioned matter **(Doc. 1)** is **GRANTED**.

**(4)** The petitioner shall be afforded an individualized bond hearing before an immigration judge within **ten (10) days** of the date of this order.

**(5)** All respondents, with the exception of Warden Amanda Hoover, are

**DISMISSED** from this action.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 22, 2021**
20-1694-01-ORDER